IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:19CR486-1
:
JOHNNIE DWAYNE NORRIS, JR. :

The United States Attorney charges:

COUNT ONE

On or about August 3, 2018, in the County of Davidson, in the Middle District of North Carolina, JOHNNIE DWAYNE NORRIS, JR., knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT TWO

On or about August 3, 2018, in the County of Davidson, in the Middle District of North Carolina, JOHNNIE DWAYNE NORRIS, JR., knowingly did possess in and affecting commerce a firearm, that is, an SCCY 9mm handgun, having been convicted of a crime punishable by imprisonment for a term

exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: August 30, 2019

MATTHEW G.T. MARTIN
United States Attorney

BY: RANDALL S. GALYON
Assistant United States Attorney

2